IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINH HOANG NGUYEN;<br>ELISA CATHERINE RAMIREZ;<br>CHELSEA PAIGE HEMINGER-<br>PROBASCO; and<br>TAM THANH NGUYEN | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations: 21 U.S.C. §§ 841(a)(1), 846, and 853(a); and 18 U.S.C. §§ 924(a)(1)(A) and 932(b)(2) |

COUNT ONE

**Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances**

The Grand Jury Charges:

From in or between January 2021 until the date of this Indictment, in the District of North Dakota, and elsewhere,

VINH HOANG NGUYEN;
ELISA CATHERINE RAMIREZ;
CHELSEA PAIGE HEMINGER-PROBASCO; and
TAM THANH NGUYEN

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II controlled

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; a mixture and substance containing a detectable amount of psilocin (mushrooms), a Schedule I controlled substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendants and others would and did possess with intent to distribute and did distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, within the state of North Dakota, and elsewhere;

2. It was further a part of said conspiracy that the defendants and others would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that the defendants and others would and did use telecommunication facilities;

4. It was further a part of said conspiracy that the defendants and others would and did use United States currency in their drug transactions;

5. It was further a part of said conspiracy that in or between April 2022 and June 2023, ELISA CATHERINE RAMIREZ received multiple packages containing controlled substances, to include cocaine, marijuana, fentanyl (M-30 pills), and THC

products, at her residence in Moorhead, Minnesota;

6.     It was further a part of said conspiracy that on or about July 11, 2023, CHELSEA PAIGE HEMINGER-PROBASCO possessed methamphetamine, fentanyl, Xanax pills, marijuana, and psilocin (mushrooms) at a residence in Fargo, North Dakota;

7.     It was further a part of said conspiracy that on or about September 8, 2023, TAM THANH NGUYEN received a package containing approximately 514 grams of a mixture and substance containing methamphetamine at a residence in Fargo, North Dakota; and

8.     It was further a part of said conspiracy that on or about June 16, 2023, ELISA CATHERINE RAMIREZ purchased a firearm in Fargo, North Dakota, in furtherance of the activities of the conspirators activities;

In violation of Title 21, United States Code, Section 846, and Pinkerton v. United States, 328 U.S. 640 (1946).

## COUNT TWO

### False Statement During Purchase of a Firearm

The Grand Jury Further Charges:

On or about June 16, 2023, in the District of North Dakota,

ELISA CATHERINE RAMIREZ

knowingly made a false statement and representation to Scheels, Federal Firearm License Number: 3-41-027-01-3H-13745, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels, Federal Firearm License Number: 3-41-027-01-3H-13745, in that ELISA CATHERINE RAMIREZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual transferee/buyer of the firearms being purchased, whereas in truth and in fact, she was purchasing the firearms for another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

### Straw Purchase of a Firearm

The Grand Jury Further Charges:

On or about June 16, 2023, in the Districts of North Dakota and Minnesota,

ELISA CATHERINE RAMIREZ

knowingly purchased and conspired to purchase a firearm, namely a Beretta APX-A1, 9 mm pistol, bearing Serial Number A230217X, in and affecting interstate commerce for, on behalf of, and at the request of "Franky," knowing or having reasonable cause to believe that "Franky" intended to use, carry, and possess the firearm in furtherance of a felony, specifically, to assist in collecting debts in furtherance of a drug trafficking crime in violation of Title 21, United States Code, Sections 841(a)(1) and 846, or did conspire to do so;

In violation of Title 18, United States Code, Section 932(b)(2).

FORFEITURE NOTICE

Upon conviction of the offense alleged in Count One of this Indictment,

VINH HOANG NGUYEN

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting or derived from proceeds obtained directly or indirectly as a result of the violation of Title 21, United States Code, Section 846, and any property used or intended to be used in any manner or part, to commit, or to facilitate the commission of said violation, including, but not limited to:

- One ASUS ROG Laptop, Model G533Q, Serial Number N4NRKD014294166, with charging cable.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

BMS/sjj/vlt